No. 81–5990. HAMPTON *v.* WATERS ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–5996. MCLAUGHLIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–6014. EVERY *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 81–6015. CAMPBELL *v.* GUNN, SHERIFF OF BELL COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 81–6019. CHAKA *v.* BOARD OF DIRECTORS, BUR OAK LIBRARY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–6027. MONOSSO *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 81–6036. TURNER *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 81–6054. CHAMBERS *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 81–6061. BOWMAN *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 81–6072. HOWELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6216. BROWN *v.* ENGLE. C. A. 6th Cir. Certiorari denied.

No. 81–6221. SHABAZZ *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 81–6227. BURRELL *v.* UNION CORRECTIONAL INSTITUTE, RAIFORD, FLORIDA. C. A. 5th Cir. Certiorari denied.